# Third District Court of Appeal

## State of Florida

Opinion filed February 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1949
Lower Tribunal No. 16-16030-CA-01
_____

**Morel Faustin,**
Appellant,

vs.

**Jean Claude Remy,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Andrew M. Kassier, P.A., and Andrew M. Kassier, for appellant.

Michael S. Kaufman, for appellee.

Before LOGUE, MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed. See Selman v. Progressive Am. Ins. Co., 335 So. 3d 186, 188 (Fla. 3d DCA 2022) ("When a trial court approves a settlement

agreement and retains jurisdiction to enforce its terms, the trial court has the jurisdiction to enforce the terms of the settlement agreement." (quoting Platinum Luxury Auctions, LLC v. Concierge Auctions, LLC, 227 So. 3d 685, 688 (Fla. 3d DCA 2017)); Fla. R. Civ. P. 1.600 ("In an action in which any part of the relief sought is a judgment for a sum of money or the disposition of a sum of money or the disposition of any other thing capable of delivery, a party may deposit all or any part of such sum or thing with the court upon notice to every other party and by leave of court. Money paid into court under this rule shall be deposited and withdrawn by order of court.").